UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 3:25-MJ-3001-TJB |
| § | |
| CIARA BRASCOM, § | |

ORDER FOR TEMPORARY MODIFICATION OF BAIL CONDITIONS

This matter having been brought before the Court by Defendant Ciara Brascom, (by Andrea G. Aldana, Assistant Federal Public Defender) for an Order temporarily modifying Ms. Brascom's bail release conditions; and

WHEREAS, bail release conditions were imposed on February 11, 2025, by the Hon. Tonianne J. Bongiovanni, United States Magistrate Judge; and

WHEREAS those bail conditions require, among other conditions, home detention; and

WHEREAS those bail conditions were modified by order of the Court on February 20, 2025, to require mental health treatment/and or testing, at the discretion of Pretrial Services; and

WHEREAS, Ms. Brascom seeks to travel, on Saturday, April 26, 2025, from her home to the Blessed Beauty Salon located at 512 Orange Street in Newark, NJ 07106 for the purpose of taking her daughter to a scheduled hair appointment from 7:30 A.M. to 12:00 P.M.; and

WHEREAS, Ms. Brascom seeks to travel, on Saturday, April 26, 2025, from her home to Longhorn Steakhouse located at 366 US 9 Woodbridge, NJ and Bowlero Belleville located at 679 Washington Avenue in Belville, NJ 07109 for the purpose of taking her family out for dinner and bowling from 4:30 P.M. to 10:30 P.M.

IT IS THE FINDING OF THIS COURT

On this __25th__ day of April 2025, that the bail conditions shall be temporarily modified as follows:

1. Ms. Brascom shall be permitted to leave her home at 7:30 A.M. on Saturday, April 26, 2025, and travel directly to Blessed Beauty Salon located at 512 Orange Street in Newark, NJ 07106, and then directly home, where she will arrive by 12:00 P.M.

2. Ms. Brascom shall be permitted to leave her home from 4:30 P.M. on Saturday, April 26, 2025, to travel directly to Longhorn Steakhouse, located at 366 U.S. Route 9, Woodbridge, NJ. From there, she will proceed directly to Bowlero Belleville, located at 679 Washington Avenue, Belleville, NJ 07109. Following the event, she will return directly home, where she will arrive by 10:30 P.M.

3. All other conditions shall remain the same.

_____
TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE