UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 3:25-MJ-3001-TJB |
| CIARA BRASCOM, | § § | |

**ORDER FOR TEMPORARY MODIFICATION OF BAIL CONDITIONS**

This matter having been brought before the Court by Defendant Ciara Brascom, (by Andrea G. Aldana, Assistant Federal Public Defender), and the United States Pretrial Services Office consenting, for an Order temporarily modifying Ms. Brascom's bail release conditions; and

WHEREAS, bail release conditions were imposed on February 11, 2025, by the Hon. Tonianne J. Bongiovanni, United States Magistrate Judge; and

WHEREAS those bail conditions require, among other conditions, home detention with employment; and

WHEREAS Ms. Brascom is a single mother to her teenage daughter; and

WHEREAS, Ms. Brascom seeks to have four hours during the weekend to be permitted to run errands with her daughter or attend social activities; and

IT IS THE FINDING OF THIS COURT

On this __9th__ day of May 2025, that the bail conditions shall be temporarily modified as follows:

1. Ms. Brascom shall be permitted four hours on Saturday or Sunday to be used as needed for activities relating to the care of her daughter, including social activities.

2. All other conditions shall remain the same.

_____
TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE